**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 8, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00613-CV

## IN RE KERRY L. GIESE, INDEPENDENT EXECUTOR OF THE ESTATE OF BETTY M. KEITH, DAWN KEITH, AND DOUGLAS KEITH, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 92448-CV**

---

## MEMORANDUM OPINION

On September 8, 2020, relators Kerry L. Giese, Independent Executor of the Estate of Betty M. Keith, Dawn Keith, and Douglas Keith filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Teri Holder, presiding judge of the 149th District Court of Brazoria County, to grant

relators' amended motion for continuance of trial set for September 9, 2020 at 9:00 a.m.

Relators also filed a motion for temporary relief, asking this court to stay the trial set for September 9, 2020, pending our decision on the petition. *See* Tex. R. App. P. 52.10.

Relators have not shown that they are entitled to mandamus relief. Accordingly, we deny their petition for writ of mandamus and their motion for temporary relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.